## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARI DASARI<br>AJITA DENUGU<br>OMKAR DASARI<br>6300 FM 423 Apt 3208<br>Frisco, TX 75034<br><br><br>**Plaintiff,**<br><br>     vs.<br><br>KIRSTJEN M. NIELSEN, Secretary<br>of Homeland Security<br>Washington, DC  20528<br><br>L. FRANCIS CISSNA, Director of the<br>United States Citizenship and<br>Immigration Services<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529<br><br>GREGORY RICHARDSON, Director<br>of the USCIS's Texas Service Center<br>4141 N St Augustine Dr,<br>Dallas, TX 75227<br><br>    **Defendants.** | Case No.:<br><br><br>COMPLAINT |

# COMPLAINT

## DESCRIPTION OF ACTION

1. This complaint is brought by HARI DASARI, ANJITA DENUGU and OMKAR DASARI. against the Defendants to compel a decision on their applications for adjustment of status, which has been pending with the defendants for over 28 months.

## JURISDICTION

2. This being a civil action against the United States arising under the the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., both laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiffs are citizens and nationals of India who are currently located at 6300 FM 423 APT 3208 Frisco TX 75034 . Their "alien numbers" are, A 087339122, A214279379, and A214279371, respectively.

4. The defendant, KIRSTJEN M. NIELSEN, is the Secretary of Homeland Security, and as such has the authority to adjudicate Forms I-485, Application for Adjustment of Status. She resides for official purposes in the District of Columbia.

5. The defendant, L. FRANCIS CISSNA, is the Director of the United States Citizenship and Immigration Services (USCIS), the agency within the Department of Homeland Security which adjudicates Forms I-485, Application for Adjustment of Status. He resides for official purposes in the District of Columbia.

6. The defendant, GREGORY RICHARDSON, is the Director of the USCIS's Texas Service Center where HARI DASARI, ANJITA DENUGU and OMKAR DASARI'S applications are currently pending, and has immediate responsibility for their adjudication. He resides for official purposes in the State of Texas.

## BRIEF STATEMENT OF RELEVANT FACTS

7. On October, 26, 2016, Forms I-485, Application for Adjustment of Status, were filed upon HARI DASARI, ANJITA DENUGU & OMKAR DASARI'S behalf with the United States Citizenship and Immigration Services, and were assigned File Numbers SRC179005655, SRC1790056558 and SRC1790056561, respectively.

8. As of today,    these applications remain under the jurisdiction of GREGORY RICHARDSON, and unadjudicated.

## COUNT I

9. Defendant KIRSTJEN M. NIELSEN, Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, are each and all officers or employees of the United States and the Department of Homeland Security.

10. Defendant KIRSTJEN M. NIELSEN, Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, each and all owe a duty to Plaintiffs HARI DASARI, ANJITA DENUGU and OMKAR DASARI to adjudicate their form I-485 Application for Adjustment of Status within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the

convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

11. According to the USCIS's own website, current processing times for Forms I-485 at the Texas Service Center is 10 to 24.5 months.

12. Further, 18 U.S.C. § 1571(b) provides that: "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, except that a petition for a nonimmigrant visa under section 214(c) of the Immigration and Nationality Act [8 USCS § 1184(c)] should be processed not later than 30 days after the filing of the petition."

13. Accordingly, the over 10 to 24.5 months in which these Forms I-485, Application for Adjustment of Status, have been pending with Defendant KIRSTJEN M. NIELSEN, Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, is well beyond that which these officers or employees reasonably require to adjudicate it.

14. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiffs.

15. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court compel Defendants KIRSTJEN M. NIELSEN, Secretary of Homeland Security, L. FRANCIS CISSNA,  Director of the United States Citizenship and Immigration Services, and GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, to adjudicate HARI DASARI, ANJITA DENUGU and OMKAR DASARI's Forms I-485, Application for Adjustment of Status, forthwith, and to take such other action as it deems appropriate.

Respectfully submitted,

Dated: March 15, 2019

*s/Michael E. Piston*
Michael E. Piston MI0002
Attorney for the Plaintiff
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michael@piston.net

- 6 –