AO 440 (Rev. 06/12)   Summons in a Civil

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HARI DASARI<br>AJITA DENUGU<br>OMKAR DASARI<br><br>*Plaintiff(s)*<br>v.<br><br>Kirstjen M. Nielsen,<br>Secretary of Homeland Security<br><br>Lee Francis Cissna<br>Director of the United States Citizenship and<br>Immigration Services<br><br>Gregory Richardson<br>Director of the United States Citizenship and<br>Immigration Services' Texas Service Center<br><br>*Defendant(s)* | Civil Action No. 19-cv-00755-RC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
U.S. Attorney for the District of Columbia
555 4th St NW,
Washington, DC 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael E. Piston, Attorney at Law,
225 Broadway, Suite 307,
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 03/20/2019

*CLERK OF COURT*

/s/ Elizabeth A. Fernandez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:



My fees are $_____ for travel and $_____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

AO 440 (Rev. 06/12)  Summons in a Civil

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HARI DASARI<br>AJITA DENUGU<br>OMKAR DASARI<br><br>*Plaintiff(s)*<br>v.<br><br>Kirstjen M. Nielsen,<br>Secretary of Homeland Security<br><br>Lee Francis Cissna<br>Director of the United States Citizenship and<br>Immigration Services<br><br>Gregory Richardson<br>Director of the United States Citizenship and<br>Immigration Services' Texas Service Center<br><br>*Defendant(s)* | Civil Action No. 19-cv-00755-RC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEE FRANCIS CISSNA
Director of the United States Citizenship and Immigration Services,
20 Massachusetts Avenue, NW
Washington, DC 20529
(202) 272-1000


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael E. Piston, Attorney at Law,
225 Broadway, Suite 307,
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 03/20/2019

/s/ Elizabeth A. Fernandez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                                   _____
                                                                              *Server's signature*

                                                                       _____
                                                                       *Printed name and title*

                                                                       _____
                                                                            *Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                                                [Reset]

AO 440 (Rev. 06/12)   Summons in a Civil

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HARI DASARI<br>AJITA DENUGU<br>OMKAR DASARI<br><br>*Plaintiff(s)*<br><br>v.<br><br>Kirstjen M. Nielsen,<br>Secretary of Homeland Security<br><br>Lee Francis Cissna<br>Director of the United States Citizenship and<br>Immigration Services<br><br>Gregory Richardson<br>Director of the United States Citizenship and<br>Immigration Services' Texas Service Center<br><br>*Defendant(s)* | Civil Action No. 19-cv-00755-RC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KIRSTJEN M. NIELSEN
Secretary of Homeland Security,
245 Murray Lane SW
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael E. Piston, Attorney at Law,
225 Broadway, Suite 307,
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 03/20/2019

*CLERK OF COURT*

/s/ Elizabeth A. Fernandez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

AO 440 (Rev. 06/12)   Summons in a Civil

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HARI DASARI<br>AJITA DENUGU<br>OMKAR DASARI<br><br>*Plaintiff(s)*<br>v.<br><br>Kirstjen M. Nielsen,<br>Secretary of Homeland Security<br><br>Lee Francis Cissna<br>Director of the United States Citizenship and Immigration Services<br><br>Gregory Richardson<br>Director of the United States Citizenship and Immigration Services' Texas Service Center<br><br>*Defendant(s)* | Civil Action No. 19-cv-00755-RC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GREGORY RICHARDSON,
Director of the United States Citizenship and Immigration Services' Texas Service Center,
4141 N St Augustine Dr, Dallas, TX 75227

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael E. Piston, Attorney at Law,
225 Broadway, Suite 307,
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/20/2019                                     /s/ Elizabeth A. Fernandez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $_____ for travel and $_____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____
                                                                              _____
                                                                                     *Server's signature*

                                                                              _____
                                                                                    *Printed name and title*

                                                                              _____
                                                                                       *Server's address*

Additional information regarding attempted service, etc:

Print   Save As...                                                                                    Reset

AO 440 (Rev. 06/12)   Summons in a Civil

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HARI DASARI<br>AJITA DENUGU<br>OMKAR DASARI<br><br>*Plaintiff(s)*<br>v.<br><br>Kirstjen M. Nielsen,<br>Secretary of Homeland Security<br><br>Lee Francis Cissna<br>Director of the United States Citizenship and<br>Immigration Services<br><br>Gregory Richardson<br>Director of the United States Citizenship and<br>Immigration Services' Texas Service Center<br><br>*Defendant(s)* | Civil Action No. 19-cv-00755-RC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 25030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael E. Piston, Attorney at Law,
225 Broadway, Suite 307,
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/20/2019

/s/ Elizabeth A. Fernandez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset